IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WOODY SOLOMON, #618624 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv589 |
| ADRIENNE WILLIAMS, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Woody Solomon, an inmate confined at the Coffield Unit of the Texas prison system, proceeding *pro se* and *in forma pauperis,* filed the above-styled and numbered civil rights lawsuit. The complaint was directly assigned to United States Magistrate Judge John D. Love, who issued a Second Report and Recommendation concluding that the civil rights lawsuit should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that all motions not previously ruled on are **DENIED**.

The Court finally observes that this lawsuit makes the third time the Plaintiff has had a civil rights lawsuit dismissed pursuant to 28 U.S.C. § 1915A(b)(1). *See Solomon v. Doyle*, Civil Action No. 6:14cv105 (E.D. Tex. July 18, 2014) (no appeal); *Solomon v. Anderson*, Civil Action No. 4:14-CV-179-A (N.D. Tex. March 18, 2014), *appeal dismissed*, No. 14-10565 (5th Cir. July 22, 2014). Because he has accumulated "three strikes," he may not proceed IFP either in any civil action or in any appeal of a civil action which is filed while he is incarcerated or detained in any facility, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**So ORDERED and SIGNED this 26th day of January, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**